UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CABRERA,

         Petitioner,

  v.

NEIL MCDOWELL, Warden,

         Respondent.

Case No.  14-cv-02494-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: June 28, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge