UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CABRERA,<br><br>        Petitioner,<br><br>   v.<br><br>NEIL MCDOWELL, Warden,<br><br>        Respondent. | Case No.  14-cv-02494-YGR (PR)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL** |

This matter came before the Court for consideration of Petitioner's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. On June 28, 2016, the Court denied the petition as to all claims. Dkt. 15.

Before the Court is Petitioner's motion for leave to proceed *in forma pauperis* on appeal. Dkt. 21.

In its June 28, 2016 Order, the Court denied a certificate of appealability because Petitioner had not shown that "jurists of reason would not find this Court's denial of Petitioner's claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, the Court finds that Petitioner's appeal is not taken in "good faith" and consequently his request for leave to proceed on appeal *in forma pauperis* (Dkt. 21) is DENIED. *See* 28 U.S.C. § 1915(a)(3).

This Order terminates Docket No. 21.

IT IS SO ORDERED.

Dated: November 7, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge